IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| JASON RICH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:20-cv-00021 |
| ) | Judge William L. Campbell, Jr. |
| SOUTH CENTRAL TENNESSEE ) | Magistrate Judge Barbara D. Holmes |
| DEVELOPMENT DISTRICT and ) | |
| JERRY MANSFIELD, Officially and ) | Jury Demand |
| Individually, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO AMEND TWO CASE DEADLINES**

Pursuant to Rule 16(b)(4), F.R.C.P., and Local Rule 6.01(a), the Parties, by and through their undersigned counsel, move this Court for entry of an order amending the discovery and dispositive motion deadlines in the controlling scheduling order (DE 17) extending each by six (6) weeks. As grounds for this motion, the Parties show as follows:

On June 22, 2020, the Court entered the Initial Case Management Order with certain case deadlines as follows: (1) the parties shall complete all written discovery and depose all fact witnesses on or before March 15, 2021; and (2) dispositive motions must be filed by no later than May 26, 2021. (DE 17, PageID# 95, 98).

Since that time, the Parties have made significant and meaningful progress in discovery. The Parties have responded to several sets of written discovery and produced several thousand pages of document production. The Defendants have deposed Plaintiff, and the Plaintiff has deposed Defendant Mansfield and two additional Defendant Development District employees who are central to his allegations.

Despite the Parties' best efforts, although progress has been made, some delays have persisted. While Counsel for the Parties held numerous days on their calendars open for depositions, those depositions took much longer than first anticipated. Additionally, the full late-February and early-March caseloads of Counsel for the Parties' also inhibited reserving new deposition dates that were close in time to the first scheduled depositions. The Parties agree that additional time is needed to complete depositions of several fact witnesses; regrettably, the current discovery deadline is no longer achievable.

Under these circumstances, the Parties respectfully ask this Court to enter the attached order with amended deadlines concerning discovery and dispositive motions, with extensions of six (6) weeks to each. Lastly, in keeping with Local Rule 16.01(h), the requested extension to the dispositive motions deadline of July 7, 2021 will not affect the trial date of January 25, 2022.

Good cause having been shown in support of this motion, the Parties respectfully move this Court for entry of an order, attached hereto, with two amended case deadlines.

*/s/ Austin C. Evans*
Robert M. Burns, #15383
Austin C. Evans, #36000
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203-1089
(615) 921-5211 Burns Direct
(615) 921-5207 Evans Direct
(615) 244-3518 Fax
rburns@howell-fisher.com
aevans@howell-fisher.com
*Attorneys for Defendants*
*South Central Tennessee Development*
*District and Jerry Mansfield*

<pre>
                                        /s/ Terry A. Fann with permission
                                        by Austin C. Evans
                                        Terry A. Fann, Esq., #12968
                                        S. Chase Fann, Esq. #36794
                                        WALDRON FANN & PARSLEY
                                        101 North Maple Street
                                        Murfreesboro, TN 37130
                                        terryfann@wfptnlaw.com
                                        chasefann@wfptnlaw.com

                                        Robin C. Moore, Esq., #32995
                                        ROBIN MOORE LAW
                                        220 Main Street North
                                        P. O. Box 182
                                        Carthage, TN 37030
                                        robin@robinmoorelaw.com
                                        *Attorneys for Plaintiff*
</pre>

## CERTIFICATE OF SERVICE

I certify that the foregoing Joint Motion to Amend Two Case Deadlines was filed electronically on March 9, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system upon:

Terry A. Fann, Esq., #12968
S. Chase Fann, Esq. #36794
WALDRON FANN & PARSLEY
101 North Maple Street
Murfreesboro, TN 37130
terryfann@wfptnlaw.com
chasefann@wfptnlaw.com

Robin C. Moore, Esq., #32995
ROBIN MOORE LAW
220 Main Street North
P. O. Box 182
Carthage, TN 37030
robin@robinmoorelaw.com
*Attorneys for Plaintiff*

<pre>
                                        /s/ Austin C. Evans
                                        Austin C. Evans
</pre>