IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JASON RICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:20-cv-00021 |
| | ) | |
| SOUTH CENTRAL TENNESSEE | ) | JUDGE CAMPBELL |
| DEVELOPMENT DISTRICT, et al. | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendants. | | |

## ORDER

The parties have filed a Stipulation of Dismissal. (Doc. No. 47). Accordingly, this action is **DISMISSED** with prejudice, with each party to bear their own costs and fees.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE